**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**REGENCY HOSPITAL COMPANY**                                            **PLAINTIFF**

v.                                **NO.  4:06-CV-00319 GTE**

**ARKANSAS BLUE CROSS AND BLUE SHIELD,
A MUTUAL INSURANCE COMPANY**                             **DEFENDANT**

## ORDER ADMINISTRATIVELY TERMINATING CASE

Before the Court is Defendant Arkansas Blue Cross and Blue Shield's Motion to Stay Proceedings until Plaintiff complies with Ark. Code Ann. 4-27-1502(a) and (c), which authorizes a court to stay a proceeding commenced by a foreign corporation transacting business in the state without a certificate of authority to do so.  Plaintiff has not responded to the motion or requested additional time to respond.  Nor has Plaintiff's counsel of record returned a telephone call from a member of this Court's staff placed to counsel's office this past Thursday.

The Court finds that the Defendant is entitled to a stay of the proceedings.  The Court further finds that given the Plaintiff's failure to indicate whether it intends to comply with the statute and proceed with this action (and the difficult in reaching Plaintiff's counsel) that it would be more appropriate to administratively terminate this action.

For good cause shown,

IT IS HEREBY ORDERED THAT Defendant's Motion to Stay (Docket No. 9) be, and it is hereby, GRANTED.  The Clerk is directed to administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown upon Plaintiff's obtaining a certificate of authority to transact business in this state.

Provided however, that Plaintiff is hereby placed on notice that unless it acts within a reasonable period of time, the Court will entertain a dismissal for failure to prosecute.  *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962)(holding that federal courts have the inherent power to dismiss an action sua sponte for failure to prosecute).

  IT IS SO ORDERED this __25th__ day of July, 2006.

             ___/s/Garnett Thomas Eisele_____
             UNITED STATES DISTRICT JUDGE